William L. Crowley
Thomas J. Leonard
Mary Cile Glover Rogers
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406)543-6646
Facsimile: (406) 549-6804
bcrowley@boonekarlberg.com
tleonard@boonekarlberg.com
mgloverrogers@boonekarlberg.com

Colleen E. Ambrose
Special Assistant Attorney General
Department of Corrections
5 South Last Chance Gulch
P.O. Box 201301
Helena, MT 59620
Telephone: (406) 444-4152
Facsimile: (406) 444-4920
cambrose@mt.gov

*Attorneys for Defendants Mike Batista
and Leroy Kirkegard*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MONTANA, INC., on behalf of all prisoners with serious mental illness confined to the Montana State Prison,<br><br>Plaintiff,<br><br>v.<br><br>MIKE BATISTA, in his official capacity as Director of the Montana Department of Corrections, and LEROY KIRKEGARD, in his official capacity as warden of Montana State Prison,<br><br>Defendants. | Cause No. CV-15-022-BU-SEH<br><br>**NOTICE OF APPEARANCE OF THOMAS J. LEONARD** |

Notice is hereby given that Thomas J. Leonard of Boone Karlberg P.C., in addition to William L. Crowley and Mary Cile Glover Rogers, and Colleen E. Ambrose, appears as counsel for Defendants Mike Batista and Leroy Kirkegard in the above-entitled matter.

DATED this 20th day of May, 2015.

/s/ Thomas J. Leonard
Thomas J. Leonard
BOONE KARLBERG P.C.
*Attorneys for Defendants*
*Mike Batista and Leroy Kirkegard*