William L. Crowley
Thomas J. Leonard
Mary Cile Glover-Rogers
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406)543-6646
Facsimile: (406) 549-6804
bcrowley@boonekarlberg.com
tleonard@boonekarlberg.com
mgloverrogers@boonekarlberg.com

Colleen E. Ambrose
Special Assistant Attorney General
Department of Corrections
5 South Last Chance Gulch
P.O. Box 201301
Helena, MT 59620
Telephone: (406) 444-4152
Facsimile: (406) 444-4920
cambrose@mt.gov

*Attorneys for Defendants Mike Batista
and Leroy Kirkegard*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MONTANA, INC., on behalf of all prisoners with serious mental illness confined to the Montana State Prison,<br><br>Plaintiff,<br><br>v.<br><br>MIKE BATISTA, in his official capacity as Director of the Montana Department of Corrections, and LEROY KIRKEGARD, in his official capacity as warden of Montana State Prison,<br><br>Defendants. | Cause No. CV-15-022-BU-SEH<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants move the Court to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). This motion is supported by a brief filed contemporaneously herewith. Plaintiff has been contacted and opposes the motion.

DATED this 5th day of June, 2015.

/s/ Mary Cile Glover-Rogers
Mary Cile Glover-Rogers
BOONE KARLBERG P.C.
*Attorneys for Defendants*
*Mike Batista and Leroy Kirkegard*