James Park Taylor
Jon E. Ellingson
ACLU of Montana
P.O. Box 9138
Missoula, MT 59807
Telephone: (406) 549-6159
Email: jpt42@hotmail.com
       jone@aclumontana.org

Kyle A. Gray
Adrian A. Miller
Holland & Hart LLP
401 N. 31st Street, Suite 1500
Billings, MT 59101-1277
Telephone: (406) 252-2166
Email: kgray@hollandandhart.com
       aamiller@hollandandhart.com

Anna Conley
Attorney At Law
P.O. Box 9101
Missoula, MT 59807
Telephone: (406) 830-0367
Email: anna@annaconley.com

*Attorneys for Plaintiff Disability Rights Montana, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MONTANA, INC., on behalf of all prisoners with serious mental illness confined to the Montana State Prison,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE BATISTA, in his official capacity as Director of the Montana Department of Corrections; LEROY KIRKEGARD, in his official capacity as warden of Montana State Prison,<br><br>Defendants. | Case No. 2:15-cv-00022-SEH<br><br>**AFFIDAVIT UNDER PENALTY OF PERJURY** |

4831-3134-0580.1

STATE OF WISCONSIN    )
                      ) ss.
COUNTY OF DANE        )

I, Matthew D. Lee, pursuant to Rule 83.1(d)(3) of the United States District Court for the District of Montana, being first duly sworn on oath, state as follows:

1. I reside in the State of Wisconsin and I am a senior counsel with the law firm of Foley & Lardner LLP located at 150 East Gilman Street, Suite 5000, Madison, Wisconsin 53703, telephone (608) 258-4203, fax (608) 258-4258, and email mdlee@foley.com. I have been an attorney with Foley & Lardner LLP since September 5, 2006.

2. With Plaintiff's Motion for Admission *Pro Hac Vice*, the appropriate admission fee was paid.

3. I am proficient in electronic filing in the United States District Court for the Western District of Wisconsin.

4. I am admitted to practice law in Wisconsin state and federal courts and the United States Court of Appeals for the Seventh Circuit.

5. I am a member in good standing of the Bar of Wisconsin, admitted on October 3, 2006. A Certificate of Good Standing is attached.

6. I am not currently suspended or disbarred in any court.

7. No disciplinary proceedings or criminal charges are currently pending against me. I have never been held in contempt, otherwise disciplined by any court

4831-3134-0580.1

for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or the state equivalent.

8. I have not concurrently nor within the two years preceding the date of this application made any *pro hac vice* application to this Court.

I fully understand that my *pro hac vice* admission in this Court is personal to me only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

*[signature]*
Matthew D. Lee

Subscribed and sworn to before me this 18th day of June, 2015.

*[signature]* Patrici McHugh
Notary Public, State of Wisconsin
My commission expires: 6/24/17

4831-3134-0580.1

**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Diane M. Fremgen
Clerk

## CERTIFICATE OF GOOD STANDING

I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

**MATTHEW D. LEE**

was admitted to practice as an attorney within this state on October 3, 2006 and is presently in good standing in this court.

Dated: February 27, 2015

*DIANE M. FREMGEN*
Clerk of Supreme Court

-7000, 03/2005 Certificate of Good Standing