James Park Taylor
Jon E. Ellingson
ACLU of Montana
P.O. Box 9138
Missoula, MT 59807
Telephone: (406) 549-6159
Email: jpt42@hotmail.com
       jone@aclumontana.org

Kyle A. Gray
Adrian A. Miller
Holland & Hart LLP
401 N. 31st Street, Suite 1500
Billings, MT 59101-1277
Telephone: (406) 252-2166
Email: kgray@hollandandhart.com
       aamiller@hollandandhart.com

Anna Conley
Attorney At Law
P.O. Box 9101
Missoula, MT 59807
Telephone: (406) 830-0367
Email: anna@annaconley.com

*Attorneys for Plaintiff Disability Rights Montana, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MONTANA, INC., on behalf of all prisoners with serious mental illness confined to the Montana State Prison,<br><br>   Plaintiff,<br><br>vs.<br><br>MIKE BATISTA, in his official capacity as Director of the Montana Department of Corrections; LEROY KIRKEGARD, in his official capacity as warden of Montana State Prison,<br><br>   Defendants. | Case No. 2:15-cv-00022-SEH<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

4850-7546-6020.1

Jon E. Ellingson, counsel for Plaintiff, has moved for admission of Matthew D. Lee to practice before this Court *pro hac vice*. Mr. Lee's application appears to be in order.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion to admit Matthew D. Lee *pro hac vice* is granted on the condition that Mr. Lee shall do his own work. This means Mr. Lee must do his own writing, sign his own pleadings, motions and briefs, and appear and participate personally.

Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

Dated this ___ day of _____, 2015.

---

SAM E. HADDON
U.S. DISTRICT COURT JUDGE

4850-7546-6020.1