IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| DISABILITY RIGHTS MONTANA, INC., on behalf of all prisoners with serious mental illness confined to the Montana State Prison,<br><br>Plaintiff,<br><br>vs.<br><br>REGINALD MICHAEL, in his official capacity as Director of the Montana Department of Corrections; LYNN GUYER, in his official capacity as warden of Montana State Prison,<br><br>Defendants. | CV 15–22–BU–DWM<br><br>ORDER |

Plaintiff Disability Rights Montana having satisfactorily explained the reasons for its Amended Complaint (Doc. 51), an explanation that seems to overlook the Court's express oral caution that after the date set to amend without motions, Rule 16 requirements must be complied with before amending,

1

IT IS ORDERED that Defendants Reginald Michael and Lynn Guyer shall file a response to the Amended Complaint pursuant to the Federal Rules of Civil Procedure.

DATED this 8th day of January, 2020.

Donald W. Molloy, District Judge
United States District Court