IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MONTANA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN GOOTKIN, in his official capacity as Director of the Montana Department of Corrections; JIM SALMONSEN, in his official capacity as Warden of Montana State Prison, <br><br> Defendants. | CV 15–22–BU–DWM <br><br> ORDER |

Plaintiff moves for the admission of Nathan D. Imfeld to practice before this Court in this case with Alexander Rate to act as local counsel. It appears Mr. Imfeld's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Nathan D. Imfeld *pro hac vice* (Doc. 100) is GRANTED on the condition that *pro hac* counsel shall do her own work. This means that *pro hac* counsel must do jos own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing

1

system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

DATED this 8th day of February, 2022.

Donald W. Molloy, District Judge
United States District Court