| | |
|---|---|
| Matthew D. Lee (*pro hac vice*)<br>Foley & Lardner LLP<br>150 East Gilman Street<br>Madison, WI 53703-1482 | Thomas J. Leonard<br>Boone Karlberg P.C.<br>201 West Main Street, Suite 300<br>P.O. Box 9199<br>Missoula, MT 59807-9199 |
| Alex Rate<br>ACLU of Montana<br>P.O. Box 1968<br>Missoula, MT 59806 | *Attorneys for Defendants Brian M. Gootkin, in his official capacity as Director of the Montana Department of Corrections, and Jim Salmonsen, in his official capacity as Warden of Montana State Prison* |
| *Attorneys for Plaintiff Disability Rights Montana, Inc.* | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MONTANA, INC.,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>BRIAN M. GOOTKIN, in his official capacity as Director of the Montana Department of Corrections; JIM SALMONSEN, in his official capacity as Warden of Montana State Prison,<br><br>　　　　　Defendants. | Civil No. 2-15-cv-00022-DWM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

4880-2808-1428.1

IT IS HEREBY STIPULATED between Plaintiff Disability Rights Montana, Inc. and Defendants Brian M. Gootkin, in his official capacity as Director of the Montana Department of Corrections, and Jim Salmonsen, in his official capacity as Warden of Montana State Prison, that all of the claims in the above-captioned action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 10th day of March, 2022.

> /s/ Matthew D. Lee
> Alex Rate
> ACLU of Montana
> P.O. Box 1968
> Missoula, MT  59806
> Telephone: (406) 224-1447
> Email:  ratea@aclumontana.org
>
> Matthew D. Lee (*pro hac vice*)
> Jennifer M. Luther (*pro hac vice*)
> Foley & Lardner LLP
> 150 East Gilman Street
> Madison, WI  53703-1482
> Telephone:  (608) 257-5035
>
> Chelsea Hilliard (*pro hac vice*)
> Foley & Lardner LLP
> 2021 McKinney Avenue
> Dallas, TX 75201
> Telephone: (214) 999-4185

Kelsey C. Boehm (*pro hac vice*)
Foley & Lardner LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2013

Nathan D. Imfeld (*pro hac vice*)
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 319-7174

*Attorneys for Plaintiff Disability Rights Montana, Inc.*


/s/ Thomas J. Leonard
Thomas J. Leonard
Christopher L. Decker
Boone Karlberg P.C.
201 West Main Street, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
Telephone:  (406) 543-6646
Email:  tleonard@boonekarlberg.com

*Attorneys for Defendants Brian M. Gootkin, in his official capacity as Director of the Montana Department of Corrections, and Jim Salmonsen, in his official capacity as Warden of Montana State Prison*

2

4880-2808-1428.1