IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MONTANA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN M. GOOTKIN, in his official capacity as Director of the Montana Department of Corrections; JIM SALMONSEN, in his official capacity as Warden of Montana State Prison, <br><br> Defendants. | CV 15-22-M-DWM <br><br><br> ORDER |

The parties having filed a stipulation for dismissal, IT IS ORDERED that the Stipulation is hereby approved and the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and fees.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The bench trial set for March 21, 2022, is VACATED.

DATED this <u>11th</u> day of March, 2022, at 9:45 a.m.

_____
Donald W. Molloy, District Judge
United States District Court